1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Delgadillo-Figueroa

8                   UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,      )    Case No. 08MJ0099-NLS
   |                                )
12 |         Plaintiff,             )
   |                                )
13 | v.                             )
   |                                )    **NOTICE OF APPEARANCE**
14 | **GUILLERMO DELGADILLO-FIGUEROA**,)
   |                                )
15 |         Defendant.             )
   |                                )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: January 15, 2008                  /s/ *Candis Mitchell*
                                            **CANDIS L. MITCHELL**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Delgadillo-Figueroa
24                                          Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 15, 2008         /s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org